UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20155-CR-MIDDLEBROOKS/BROWN



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAULINO GRANDA,
MANUEL TELLEZ,
CARLOS GRANDA,
YOSVANY GRANDA, and
FIDEL GRANDA,

    Defendants.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon the motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based upon the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendants **PAULINO GRANDA, MANUEL, TELLEZ, CARLOS GRANDA, YOSVANY GRANDA** and **FIDEL GRANDA** (hereinafter referred to as "defendants"):

1.    In the Superceding Indictment [DE #61] in the above-styled case, the government sought forfeiture of property seized from the possession and/or control of the defendants or in which the defendants otherwise had an interest, as follows: pursuant to 18 U.S.C. § 924(d)(1), as made applicable hereto by 28 U.S.C. § 2461(c), of any firearms or ammunition involved in or used in the violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1); and pursuant to 21 U.S.C. § 853, of the

defendants' interest in any property constituting or derived from any proceeds the defendants' obtained directly or indirectly as the result of the violations of 21 U.S.C. §§ 841(a)(1) and 846 and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including:

    a.     a Hi Point 9mm, model number C9 semi-automatic pistol, serial number P176904;
    b.     a Smith & Wesson, model number 66, .357 magnum revolver, serial number 9K5621; and
    c.     assorted ammunition.

2.     On May 8, 2007, pursuant to a written plea agreement [DE #124 and 126], defendant **YOSVANY GRANDA** pled guilty to Counts 1 and 6 of the Superseding Indictment, and the violations of 21 U.S.C. §§ 841(a)(1) and 846 and 18 U.S.C. §§ 924(c) and (o). In addition, defendant **YOSVANY GRANDA** agreed to forfeit to the United States all of his right, title and interest in the above-referenced firearms and ammunition as property involved in or used in the violation of 18 U.S.C. § 924(c) and/or as property used or intended to be used to facilitate the commission of the drug trafficking violation.

3.     On May 18, 2007, pursuant to written plea agreements [DE #159 and 160], defendants **MANUEL TELLEZ** and **FIDEL GRANDA** pled guilty to Counts 1 and 6 of the Superseding Indictment, and the violations of 21 U.S.C. §§ 841(a)(1) and 846 and 18 U.S.C. §§ 924(c) and (o). In addition, defendants **MANUEL TELLEZ** and **FIDEL GRANDA** agreed to forfeit to the United States all of their right, title and interest in the above-referenced firearms and ammunition as property involved in or used in the violation of 18 U.S.C. § 924(c) and/or as property used or intended to be used to facilitate the commission of the drug trafficking violation.

4. On may 30, 2007, defendants **PAULINO GRANDA** and **CARLOS GRANDA** were convicted by a jury of Counts 1 through 8 of the Superceding Indictment, and various violations, including the violations of 21 U.S.C. §§ 841(a)(1) and 846 and 18 U.S.C. §§ 924(c)(1) and (o). In addition, defendants **PAULINO GRANDA** and **CARLOS GRANDA** agreed not to contest the forfeit of the firearms and ammunition named in the Superceding Indictment.

THEREFORE, in consideration of the Plea Agreements, the guilty verdicts, and the agreements of the defendants' regarding forfeiture, and upon motion of the United States and for good cause shown thereby, it is hereby:

**ORDERED** that:

1. All right, title, and interest of defendants **PAULINO GRANDA, CARLOS GRANDA, YOSVANY GRANDA, FIDEL GRANDA** and **MANUEL TELLEZ** in the following property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), as incorporated by 28 U.S.C. § 2461(c):

   a. **a Hi Point 9mm, model number C9, semi-automatic pistol, serial number P176904;**

   b. **a Smith & Wesson, model number 66, .357 magnum revolver, serial number 9K5621; and**

   c. **assorted ammunition.**

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall as soon as practicable seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3. The United States shall cause to be published, at least once, in a newspaper of general

circulation, notice of this Order as required by Title 21, United States Code, Section 853(n). The United States shall state in the notice that any person, other than the defendants, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any persons known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceeding related to any third party petition claims filed with respect to the forfeited property.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3), at sentencing, this Order of Forfeiture shall become final as to the defendants' right, title, claim, and interest in the forfeited property and shall be incorporated into each defendant's sentence and included in the judgments entered with respect to the defendants.

7. It is further **ORDERED** that upon adjudication of all third-party interests, if any, this

Court will enter a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall dispose of the forfeited property.

**DONE and ORDERED,** at Miami, Florida on this 23 day of August, 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: AUSA Arimentha Walkins (3 certified copies)